IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRENDA GLOVER, on behalf
of herself and all others similarly
situated,**                                                                                            **PLAINTIFF**

v.                    **CASE NO. 4:14-cv-644-JLH**

**HOUSING AUTHORITY OF THE
CITY OF LITTLE ROCK, d/b/a
METROPOLITAN HOUSING
ALLIANCE, and RODNEY FORTE,
Executive Director of Metropolitan
Housing Alliance, in his Official Capacity,**

                                                                                            **DEFENDANTS**

## ORDER CONTINUING DEADLINES
## IN LIGHT OF PROPOSED SETTLEMENT

Before the Court is Plaintiff's and Defendants' Stipulation for Order Continuing Deadlines in Light of Proposed Settlement ("Stipulation"). Having considered the Stipulation, and finding good cause shown, the Stipulation is hereby GRANTED.

1. All pending deadlines set forth in the Final Scheduling Order (Dkt. No. 14) are continued for a period of 90 days, pending finalization of a settlement agreement between the parties.

**IT IS SO ORDERED.**

DATE: September 23, 2015

_____
Hon. J. Leon Holmes
United States District Judge