IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRENDA GLOVER, on behalf
of herself and all others similarly
situated,**                                                                                            **PLAINTIFF**

**v.**                          **CASE NO. 4:14-cv-644-JLH**

**HOUSING AUTHORITY OF THE
CITY OF LITTLE ROCK, d/b/a
METROPOLITAN HOUSING
ALLIANCE, and RODNEY FORTE,
Executive Director of Metropolitan
Housing Alliance, in his Official Capacity,**
                                                                                                       **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Court's Final Amended Scheduling Order (ECF No. 23), Plaintiff Brenda Glover and Defendants Housing Authority of Little Rock and Rodney Forte (collectively, the "Parties") state that the Parties have reached a settlement in the above-captioned matter, and are in the process of executing a Settlement Agreement. Upon the execution of the Settlement Agreement, Plaintiff will file a Notice of Voluntary Dismissal.

Dated: September 29, 2016          */s/ David Slade*
                                   David Slade (Ark. Bar No. 2013143)
                                   Hank Bates (Ark. Bar No. 98063)
                                   CARNEY BATES & PULLIAM, PLLC
                                   519 W. 7th Street
                                   Little Rock, AR 72201
                                   Telephone: (501) 312-8500
                                   Fax: (501) 312-8505
                                   dslade@cbplaw.com
                                   hbates@cbplaw.com

                                   *Attorneys for Plaintiff*

Dated: September 29, 2016

/s/ *J. Mark Davis*
J. Mark Davis (Ark. Bar No. 79276)
N.M. Norton (Ark. Bar No. 74114)
WRIGHT, LINDSEY &
    JENNINGS, LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201
Telephone: (501) 371-0808
Fax: (501) 376-9442
jmdavis@wlj.com
mnorton@wlj.com

*Attorneys for Defendants*